AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ANTOLIN ANDREW MARKS,

                Plaintiff,

                                JUDGMENT IN A CIVIL CASE

                    v.

WALGREENS STORE 3518, et al.,

                                CASE NUMBER: CV-10-3100-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed with prejudice pursuant to the Order Denying Motion for Reconsideration entered on December 22, 2010.

| 12/22/10 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |